RBK:jgh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

97-0 80 7 CR-MIDDLEBROOKS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. _____ |
| | ) | 18 U.S.C. § 371 |
| v. | ) | 18 U.S.C. § 1343 |
| | ) | |
| MARIN SPARIOSU | ) | MAGISTRATE JUDGE |
|  a/k/a Tony Marin | ) | GARBER |
|  a/k/a Tony Marino | ) | |
|  a/k/a Tony Spariosu | ) | |
|  a/k/a Tony Gambino, | ) | |
| SUYAPA BARAHA ELMADY | ) | |
|  a/k/a Suyapa Spariosu | ) | |
|  a/k/a Suyapa Oria | ) | |
|  a/k/a Baraa J.I. Elmadi | ) | |
|  a/k/a Suyapa Baraha El Mady | ) | |
|  a/k/a Suyapa Baraa, | ) | |
| EDUARDO GAMEZ, | ) | |
| ALVARO DE JESUS SOJO | ) | INDICTMENT |
|  a/k/a Alvano Soto | ) | |
|  a/k/a Alvaro De Jesus Sojo- | ) | |
|   Consuegra, | ) | |
| VILMA ESTHER TRUJILLO | ) | |
|  a/k/a Vilma Sojo | ) | |
|  a/k/a Vilma Hart | ) | |
|  a/k/a Vilma Dada | ) | |
|  a/k/a Vilma Trujillo-Dada, | ) | |
| ARTURO JOSE TRUJILLO, | ) | |
| JORGE HERNANDEZ-FERNANDEZ | ) | |
|  a/k/a Jorge Alberto | ) | |
|  a/k/a Jorge Abraham, | ) | |
| TULIO HERNANDEZ, | ) | |
| ANSELMO ANTONIO PEREIRA | ) | |
|  a/k/a "Sal," | ) | |
| RAUL HORACIO PIOMBO | ) | |
|  and | ) | |
| JON TAMAS. | ) | |

FILED by __ D.C.

97 OCT 22 PM 3: 11

CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

56

The Grand Jury charges that:

From in or about May of 1997, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about October 9, 1997, at Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MARIN SPARIOSU**
a/k/a Tony Marin
a/k/a Tony Marino
a/k/a Tony Spariosu
a/k/a Tony Gambino,
**SUYAPA BARAHA ELMADY**
a/k/a Suyapa Spariosu
a/k/a Suyapa Oria
a/k/a Baraa J.I. Elmadi
a/k/a Suyapa Baraha El Mady
a/k/a Suyapa Baraa,
**EDUARDO GAMEZ,**
**ALVARO DE JESUS SOJO**
a/k/a Alvano Soto
a/k/a Alvaro De Jesus Sojo-Consuegra,
**VILMA ESTHER TRUJILLO**
a/k/a Vilma Sojo
a/k/a Vilma Hart
a/k/a Vilma Dada
a/k/a Vilma Trujillo-Dada,
**ARTURO JOSE TRUJILLO,**
**JORGE HERNANDEZ-FERNANDEZ**
a/k/a Jorge Alberto
a/k/a Jorge Abraham,
**TULIO HERNANDEZ,**
**ANSELMO ANTONIO PEREIRA**
a/k/a "Sal,"
**RAUL HORACIO PIOMBO**
and
**JON TAMAS,**

2

did knowingly and willfully combine, conspire, confederate, agree, and reach a tacit understanding, with each other and with persons known and unknown to the Grand Jury, to commit offenses against the United States, that is, the defendants, for the purpose of executing and attempting to execute a scheme and artifice to defraud and obtain money by means of false and fraudulent pretenses, did transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain sounds and writings, that is telephone calls and facsimile transmissions, for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

### A.  OBJECT AND PURPOSE

It was the object and purpose of this conspiracy for the named defendants and others, as yet unknown to the Grand Jury, to unjustly enrich themselves by employing a scheme and artifice to fraudulently induce private lenders to issue monetary loans in reliance on false collateral in the form of counterfeit Banco Central de Venezuela bonds.

### B.  MANNER AND MEANS

Among the manner and means used to implement the scheme and artifice and to achieve the unlawful objectives of the conspiracy were the following:

1.      Counterfeit Banco Central de Venezuela bonds would be printed in Venezuela by operatives working with the charged defendants. **EDUARDO GAMEZ, TULIO**

3

**HERNANDEZ** and others would then cause the counterfeit bonds to be transported to Dade County, Florida.

2.      After entering the United States, the counterfeit bonds would be received by **JORGE HERNANDEZ-FERNANDEZ** and **ARTURO JOSE TRUJILLO** who would, in turn, deliver them to **MARIN SPARIOSU** and **SUYAPA BARAHA ELMADY**.

3.      After receiving the counterfeit bonds, **MARIN SPARIOSU** and **SUYAPA BARAHA ELMADY** would cause them to be delivered to **ANSELMO ANTONIO PEREIRA**. **ANSELMO ANTONIO PEREIRA** would forge letters regarding the authenticity of the bonds on stationery purported to originate from Banco Central de Venezuela. **ANSELMO ANTONIO PEREIRA** would then package the counterfeit bonds and forged letters for shipment to Colombia and then deliver them to **MARIN SPARIOSU** and **SUYAPA BARAHA ELMADY**.

4.      After receiving the packaged counterfeit bonds, **MARIN SPARIOSU** and **SUYAPA BARAHA ELMADY** would cause the bonds to be transported to **ALVARO DE JESUS SOJO** in Colombia. On different occasions, **MARIN SPARIOSU, RAUL HORACIO PIOMBO** and **ANSELMO ANTONIO PEREIRA** traveled to Colombia to assist in the delivery of counterfeit bonds to **ALVARO DE JESUS SOJO** and to meet with prospective purchasers of counterfeit bonds that had been solicited by **ALVARO DE JESUS SOJO**.

4

5. **VILMA ESTHER TRUJILLO** would work with **ALVARO DE JESUS SOJO** as his representative in order to coordinate his activities with other members of the conspiracy located in the United States.

6. During the course of meetings between charged members of the conspiracy, **JON TAMAS** operated as a bodyguard to **MARIN SPARIOSU** and assisted in the transportation of the counterfeit bonds.

C. **OVERT ACTS**

In furtherance of the conspiracy described herein, the defendants committed one or more of the following overt acts, among others, in the Southern District of Florida and elsewhere:

1. On or about August 12, 1997, **MARIN SPARIOSU**, while in Dade County, Florida, spoke via telephone with **ALVARO DE JESUS SOJO** in Colombia, and confirmed the delivery of a package containing counterfeit bonds from **MARIN SPARIOSU** to **ALVARO DE JESUS SOJO** in Colombia.

2. On or about August 13, 1997, **SUYAPA BARAHA ELMADY** and **VILMA ESTHER TRUJILLO** spoke with each other about one hundred million dollars ($100,000,000) in counterfeit bonds that **SUYAPA BARAHA ELMADY** offered to sell. **VILMA ESTHER TRUJILLO** told **SUYAPA BARAHA ELMADY** that she had people who could offer **SUYAPA BARAHA ELMADY** three million dollars ($3,000,000) in genuine currency for thirty-two million dollars ($32,000,000) in counterfeit bonds.

5

3.      On or about August 13, 1997, **ALVARO DE JESUS SOJO**, while in Colombia, confirmed via telephone with **SUYAPA BARAHA ELMADY** in Dade County, Florida, that individuals in Barranquilla, Colombia, had offered to buy thirty-two million dollars ($32,000,000) of counterfeit bonds for three million dollars ($3,000,000) and that the buyers wanted **SUYAPA BARAHA ELMADY** to provide the thirty-two million dollars ($32,000,000) in counterfeit bonds, plus an additional seventy million dollars ($70,000,000) in counterfeit bonds.

4.      On or about August 18, 1997, **JORGE HERNANDEZ-FERNANDEZ** and **TULIO HERNANDEZ** possessed approximately thirty-two million dollars ($32,000,000) of counterfeit Banco Central de Venezuela bonds, along with stationery and rubber stamps depicting the seal of the bank.

5.      On or about August 28, 1997, **RAUL HORACIO PIOMBO** and **ANSELMO ANTONIO PEREIRA** transported Banco Central de Venezuela counterfeit bonds to Colombia.

6.      On or about September 4, 1997, **MARIN SPARIOSU**, while in Dade County, Florida, spoke via telephone to **EDUARDO GAMEZ** in Caracas, Venezuela, and coordinated details of a transaction involving twenty-five million dollars ($25,000,000) in counterfeit bonds. **EDUARDO GAMEZ** stated to **MARIN SPARIOSU** that he would attempt to get the letters for the counterfeit bonds the following day and that the letters would state that the counterfeit bonds belonged to **SUYAPA BARAHA ELMADY.**

6

7.    On or about September 10, 1997, **MARIN SPARIOSU, JON TAMAS** and **ANSELMO ANTONIO PEREIRA** prepared additional counterfeit bonds to send to Colombia.

8.    On or about September 11, 1997, **MARIN SPARIOSU** and **RAUL PIOMBO** transported counterfeit Banco Central de Venezuela bonds to Colombia.

9.    On or about September 16, 1997, **MARIN SPARIOSU** received approximately seventy-five million dollars ($75,000,000) in counterfeit bonds.  On that same day, **ARTURO JOSE TRUJILLO** spoke with **SUYAPA BARAHA ELMADY** and **MARIN SPARIOSU** and agreed that he would put **SUYAPA BARAHA ELMADY's** name on the letter that accompanied the counterfeit bonds.

10.    On or about September 24, 1997, **ALVARO DE JESUS SOJO** advised **SUYAPA BARAHA ELMADY** and **VILMA ESTHER TRUJILLO** that an account was needed in Miami to wire the proceeds from the sale of counterfeit bonds.  Thereafter, on that same date, **SUYAPA BARAHA ELMADY** sent via facsimile to Colombia a note to **ALVARO DE JESUS SOJO** containing the name of her bank and the bank account number.

11.    On or about September 30, 1997, **SUYAPA BARAHA ELMADY** called **ALVARO DE JESUS SOJO** in Colombia and discussed her pending receipt of twenty million one hundred thousand dollars ($20,100,000), of which two million five hundred thousand dollars ($2,500,000) constituted **SUYAPA BARAHA ELMADY's** share of money

7

for providing the counterfeit bonds. The balance of seventeen million six hundred thousand dollars ($17,600,000) represented profits of other individuals involved in the scheme, a balance that **SUYAPA BARAHA ELMADY**, during this same telephone conversation, agreed to wire transfer into various bank accounts located in the United States.

12.     On or about October 1, 1997, **ALVARO DE JESUS SOJO** sent a Barclays Bank PLC bank drawer of credit via facsimile from Colombia to **SUYAPA BARAHA ELMADY** in Dade County, Florida. The bank drawer of credit indicated that twenty million one hundred thousand dollars ($20,100,000) had been wire transferred from the Barclays Bank PLC account of Diego Rodriguez and Blanca Bautista (account #300775010) to the account of **SUYAPA BARAHA ELMADY** at the International Bank of Miami (account #30035914906).   Included in the facsimile were instructions for **SUYAPA BARAHA ELMADY** to wire transfer the seventeen million six hundred thousand dollars ($17,600,000) into the following accounts:

| BANK | ACCOUNT HOLDER | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| First Union Bank of Miami | Carlos Vives | 9982842536 | $8,100,000 |
| Transatlantic Bank of Miami | Kolda Import & Export | 30051081506 | $80,000 |
| City Bank of New York | Banco Industrial de Panama, S.A./Beneficiary Acct. of Corporacion Tanhypao, S.A. | 36009162 56230 | $4,920,000 |

| Chase Manhattan of New York | BanCafe Panama, S.A./ Beneficiary Acct. of Corporacion Tanhypao, S.A. | 0011166940 5064940001 | $4,500,000 |

13.    On or about October 7, 1997, **SUYAPA BARAHA ELMADY**, from Dade County, Florida, spoke via telephone with **ALVARO DE JESUS SOJO** in Colombia to inquire about the whereabouts of the money that was to be sent to her via wire transfer. **ALVARO DE JESUS SOJO** advised **SUYAPA BARAHA ELMADY** that Blanca Bautista was currently in Italy and that he was attempting to contact Bautista in order to get the payment information.

14.    On or about October 9, 1997, **ARTURO JOSE TRUJILLO** possessed approximately seventy-six million dollars ($76,000,000) in counterfeit Banco Central de Venezuela bonds.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY

JUAN ANTONIO GONZALEZ
SPECIAL ASSISTANT UNITED STATES
ATTORNEY

10

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

MARIN SPARIOSU, et al

**Court Division:** (Select One)

| X | Miami | ____ | Key West |
| ____ | FTL | ____ | WPB ____ FTP |

CASE 97-0807

CR-MIDDLEBROOKS

**CERTIFICATE OF TRIAL ATTORNEY***

**Related Case Information:**

| SUPERSEDING | Yes ____ | No _X_ |
| New Defendant(s) | Yes _X_ | No ____ |
| Number of New Defendants | | 11 |
| Total number of counts | | 1 |

MAGISTRATE JUDGE
GARBER

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) ____ Yes ____
   List language and/or dialect ____ Spanish ____

4. This case will take __20__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                         (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | _20_ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:

   Judge: _____          Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ____ Yes ____
   If yes:

   Magistrate Case No. ____ 97-3624-Johnson _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of ____ 10/10/97 _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of ____

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No) ____ No ____

                                             ROBERT K. SENIOR
                                             ASSISTANT UNITED STATES ATTORNEY
                                             FL BAR ID NO. 779407

*Penalty Sheet(s) attached

REV.12/12/96
N:\UDD\HOLMES\SENIOR\SPARIOSU.CER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   MARIN SPARIOSU                          No: CR-MIDDLEBROOKS

97-807

Count #: I

Conspiracy to commit an offense against the United States

18 U.S.C. § 371

MAGISTRATE JUDGE
GARBER

*Max. Penalty:   5 years imprisonment

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

97 - cr - 0807 cr - MIDDLEBROOKS

MAGISTRATE JUDGE
GARBER

Defendant's Name: SUYAPA BARAHA EL MADY

Count #: I
Conspiracy to commit an offense against the United States

18 U.S.C. § 371

*Max. Penalty:   5 years imprisonment

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**97 - 0807**

Defendant's Name:   EDUARDO GAMEZ                                    No.

CR-MIDDLEBROOKS

Count #: I

~~Conspiracy to commit an offense against the United States~~

MAGISTRATE JUDGE

18 U.S.C. § 371

GARBER

*Max. Penalty:   5 years imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   ALVARO DE JESUS SOJO          No. 97-0807 CR-MIDDLEBROOKS

MAGISTRATE JUDGE GARBER

Count #: 1

Conspiracy to commit an offense against the United States

18 U.S.C. § 371

*Max. Penalty:   5 years imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

97-0807

CR- MIDDLEBROOKS

Defendant's Name:   VILMA ESTHER TRUJILLO

MAGISTRATE JUDGE
GARBER

Count #: I

Conspiracy to commit an offense against the United States

18 U.S.C. § 371

*Max. Penalty:   5 years imprisonment

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**97-0807**

Defendant's Name:   ARTURO JOSE TRUJILLO          No:

**CR-MIDDLEBROOKS**

Count #: I

_____ Conspiracy to commit an offense against the United States   **MAGISTRATE JUDGE**

_____ 18 U.S.C. § 371                                                                    **GARBER**

*Max. Penalty:    5 years imprisonment

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

CR - MIDDLEBROOKS

MAGISTRATE JUDGE

GARBER

Defendant's Name:   JORGE HERNANDEZ-FERNANDEZ No:

Count #: I

_____Conspiracy to commit an offense against the United States_____

_____18 U.S.C. § 371_____

*Max. Penalty:   5 years imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   TULIO HERNANDEZ

**97-0807**

No.

**CR-MIDDLEBROOKS**

Count #: I

Conspiracy to commit an offense against the United States

**MAGISTRATE JUDGE**

18 U.S.C. § 371

**GARBER**

*Max. Penalty:   5 years imprisonment

Count #:

_____

*Max. Penalty:
Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:
Count #:

_____

*Max. Penalty:
Count #:

_____

*Max. Penalty:
Count #:

_____

*Max. Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**97-0807**
**CR-MIDDLEBROOKS**
**MAGISTRATE JUDGE**
**GARBER**

Defendant's Name:   ANSELMO ANTONIO PEREIRA

Count #: I

_____  Conspiracy to commit an offense against the United States

_____  18 U.S.C. § 371

*Max. Penalty:   5 years imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**FILED by ___ D.C.**
**97 OCT 22 PM 3:12**

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   RAUL HORACIO PIOMBO              No: CR-MIDDLEBROOKS

Count #: I

_____ Conspiracy to commit an offense against the United States _____

_____ 18 U.S.C. § 371 _____

*Max. Penalty:   5 years imprisonment

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: JON TAMAS

Count #: 1    No. **97-0807**

CR-MIDDLEBROOKS

Conspiracy to commit an offense against the United States

MAGISTRATE JUDGE
GARBER

18 U.S.C. § 371

*Max. Penalty: 5 years imprisonment

Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

FORM OBD-34
JUN 85

No. **97-0807** CR-MIDDLEBROOKS

MAGISTRATE JUDGE
GARBER

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

CRIMINAL ____ Division

## THE UNITED STATES OF AMERICA

*vs.*

MARIN SPARIOSU, et al.

# INDICTMENT

VIOLATIONS:   18 U.S.C. § 371
18 U.S.C. § 480

A true bill.

*Karen Park*

_____
Foreman

Filed in open court this _22nd_ day,

of _October_ A.D 19 _97_

*Karen Sussman*
_____
Clerk

Bail, $ _____

FGJ 97-05 (MIAMI)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _97-3624-JOHNSON_____

UNITED STATES OF AMERICA,

vs.

ARTURO LNU aka
ARTURO TRUJILLO, RAUL PIOMBO
_____

    This cause came before the Court and pursuant to proceedings

held, it is thereupon

    **ORDERED AND ADJUDGED** as follows:

*The preliminary / arraignment hearing is re-set to 10/22/97 at 2:00 P.M. regarding the above two defendants.*

    **DONE AND ORDERED** at Miami, Florida this ____20TH____ day of

___OCTOBER____, 19_97_____ .

TAPE NO: 97C _116_-_190_

_____
**UNITED STATES MAGISTRATE JUDGE**
BARRY L. GARBER

c: AUSA *Andrew Lourie*
   Defense Counsel
   Pretrial Services
   U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 97-3624-JOHNSON

UNITED STATES OF AMERICA          :

          v.                      :

ARTURO JOSE TRUJILLO             :

## DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
    Faith Mesnekoff
    Assistant Federal Public Defender
    Florida Bar No. 0390800
    150 West Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    Tel: (305) 530-7000, ext: 106
    Fax No. (305) 536-4559

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed this $\underline{17}$ of October, 1997

to: Robert Senior, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132

and Arturo Jose Trujillo, Reg. 50470-004, Federal Detention Center, P.O. Box 019120, Miami,

Florida 33101.

Faith Mesnekoff

N:\WP60DOCS\FAITH\TRUJILLO.MTN

kohrgcnsl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-3624-JOHNSON

UNITED STATES OF AMERICA,

vs.
JON TAMAS

FILED by _____ D.C.
MAG. SEC.

OCT 1 7 1997

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER ON HEARING TO REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____    Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____    The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____    The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____
at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

___X___    The defendant requested further time to retain counsel and shall appear before the Court on _10/30/97_____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. ⅋ ARRAIGNMENT,

**DONE AND ORDERED** at Miami, Florida this 17TH day of OCTOBER 1997.
TAPE NO. 97C-115 ~1020

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA B Senior
   Defense Counsel Hanus Sperber
   Pretrial Services or Probation
   U.S. Marshal

5³/₁₀

kohrgcnsl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-3624-JOHNSON

UNITED STATES OF AMERICA,

vs.

ANSELMO PERERIA

FILED by _____ D.C.
MAG. SEC.

OCT 1 7 1997

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER ON HEARING TO
REPORT RE COUNSEL**

The above named defendant having appeared before the Court as
ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent
counsel of record.

_____ The defendant requested Court appointed counsel, was
found eligible, and counsel will be appointed by
separate order.

_____ The defendant requested Court appointed counsel but
was found ineligible, and shall appear before the
Court on _____
at 10:00 a.m. to report regarding his/her further
efforts to retain counsel, unless counsel notices a
permanent appearance before that date.

__X_____ The defendant requested further time to retain
counsel and shall appear before the Court on
_10/31/97_____ at 10:00 a.m. to report
regarding his/her further efforts to retain counsel,
unless counsel notices a permanent appearance before
that date.  + arraignment

**DONE AND ORDERED** at Miami, Florida this 17ᵀᴴ day of OCTOBER

1997.
TAPE NO. 97C-115 - /0 ≥ 0

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA  B Senior
   Defense Counsel Jay Lenenf
   Pretrial Services or Probation
   U.S. Marshal

kohrgcnsl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-3624-JOHNSON

UNITED STATES OF AMERICA,

vs.

VILMA TRUJILLO

FILED by ___ D.C.
MAG. SEC.

OCT 1 7 1997

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER ON HEARING TO
REPORT RE COUNSEL**

The above named defendant having appeared before the Court as
ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent
counsel of record.

_____ The defendant requested Court appointed counsel, was
found eligible, and counsel will be appointed by
separate order.

_____ The defendant requested Court appointed counsel but
was found ineligible, and shall appear before the
Court on _____
at 10:00 a.m. to report regarding his/her further
efforts to retain counsel, unless counsel notices a
permanent appearance before that date.

_____ The defendant requested further time to retain
counsel and shall appear before the Court on
_____10/31/97_____ at 10:00 a.m. to report
regarding his/her further efforts to retain counsel,
unless counsel notices a permanent appearance before
that date.   + arraignment

**DONE AND ORDERED** at Miami, Florida this 17TH day of OCTOBER

1997.
TAPE NO. 97C-115 - 1020

c: AUSA  B Senior
Defense Counsel Jay Levine
Pretrial Services or Probation
U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

kohrgcnsl.                          UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO: 97-3624-JOHNSON

UNITED STATES OF AMERICA,      FILED by _____ D.C.
                               MAG. SEC.
vs.                                                    **ORDER ON HEARING TO**
MARINO SPARIOSU               OCT 1 7 1997             **REPORT RE COUNSEL**

                               CARLOS JUENKE
                               CLERK U.S. DIST. CT.
                               S.D. OF FLA MIAMI

        The above named defendant having appeared before the Court as
ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

        _____ Private counsel_____
                   appeared in open court and is noted as permanent
                   counsel of record.

        _____ The defendant requested Court appointed counsel, was
                   found eligible, and counsel will be appointed by
                   separate order.

        _____ The defendant requested Court appointed counsel but
                   was found ineligible, and shall appear before the
                   Court on _____
                   at 10:00 a.m. to report regarding his/her further
                   efforts to retain counsel, unless counsel notices a
                   permanent appearance before that date.

    X   _____ The defendant requested further time to retain
                   counsel and shall appear before the Court on
                   _10/31/97_____ at 10:00 a.m. to report
                   regarding his/her further efforts to retain counsel,
                   unless counsel notices a permanent appearance before
                   that date. + arraignment

    **DONE AND ORDERED** at Miami, Florida this 17ᵀᴴ day of OCTOBER
1997.
TAPE NO. 97C-115 - 1020

c: AUSA B. Lenick                   UNITED STATES MAGISTRATE JUDGE
   Defense Counsel A Rosen          BARRY L. GARBER
   Pretrial Services or Probation
   U.S. Marshal

kohrgcnsl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-3624-JOHNSON

UNITED STATES OF AMERICA

vs.

SUYAPA ELMADY

FILED by _____ __ D.C.
MAG. SEC.

OCT 1 7 1997

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER ON HEARING TO
REPORT RE COUNSEL**

The above named defendant having appeared before the Court as
ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent
counsel of record.

_____ The defendant requested Court appointed counsel, was
found eligible, and counsel will be appointed by
separate order.

_____ The defendant requested Court appointed counsel but
was found ineligible, and shall appear before the
Court on _____
at 10:00 a.m. to report regarding his/her further
efforts to retain counsel, unless counsel notices a
permanent appearance before that date.

___X_____ The defendant requested further time to retain
counsel and shall appear before the Court on
__10/31/97_____ at 10:00 a.m. to report
regarding his/her further efforts to retain counsel,
unless counsel notices a permanent appearance before
that date.  + arraignment

**DONE AND ORDERED** at Miami, Florida this 17TH day of OCTOBER

1997.
TAPE NO. 97C-115 - 1020

c: AUSA Bob Senior
Defense Counsel Rosen
Pretrial Services or Probation
U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

**ARTURO LNU**

## WARRANT FOR ARREST

CASE NUMBER: 97 - 3624

TO:     **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   Arturo LNU _____
                                                                                                    **Name**

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ]Indictment   [ ]Information   [X]Complaint   [ ]Order of court   [ ]Violation Notice   [ ]Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities
and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States

Code, Section(s) 371, 478, and 479 _____

Linnea R. Johnson                                          United States Magistrate Judge
**Name of Issuing Officer**                                 **Title of Issuing Officer**

_____                           Miami, Florida  9/29/97
**Signature of Issuing Officer**                          **Date and Location**

Bail fixed at $ ___no bond___                         by   **LINNEA JOHNSON**
                                                                          **Name of Judicial Officer**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| Miami, Florida | | |
| DATE RECEIVED<br>10-07-97 | NAME AND TITLE OF ARRESTING OFFICER<br>Marshal Daniel J. Horgan | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>10-09-97 | by<br>DUSM Joe Godsk | |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____Arturo LNU_____

         **Pretrial Detention**

                                    _Robert K. Senior_
                                    _____
                                    ROBERT K. SENIOR
                                    ASSISTANT UNITED STATES ATTORNEY


Last Known Address      _____


What Facility _____


Agent_Pablo Martinez - U.S.S.S._____
     (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

JON TAMAS

## WARRANT FOR ARREST

**CASE NUMBER:** 97-3624

TO: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___Jon Tamas_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[  ]Indictment  [  ]Information  [X]Complaint  [  ]Order of court  [ : ]Violation Notice  [  ]Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States

Code, Section(s) 371, 478, and 479 _____

Linnea R. Johnson _____
Name of Issuing Officer

_____
Signature of Issuing Officer

United States Magistrate Judge _____
Title of Issuing Officer

Miami, Florida  9/29/97
Date and Location

Bail fixed at $ ___no bond_____

by  LINNEA JOHNSON
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Miami, Florida _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-07-97 | Marshal Daniel J Horgan | Joe Sed... |
| DATE OF ARREST 10-09-97 | by DUSM Joe Godsk | |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____Jon Tamas_____

      **Pretrial Detention**

_____
ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY


Last Known Address    _____


What Facility _____


Agent_Pablo Martinez - U.S.S.S._____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____**SOUTHERN**_____ DISTRICT OF _____**FLORIDA**_____

UNITED STATES OF AMERICA

V.

RAUL PIOMBO

## WARRANT FOR ARREST

CASE NUMBER: 97 - 3624

TO:   **The United States Marshal**
      **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___Raul Piombo_____

_____
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States

Code, Section(s) _371, 478, and 479_____

___Linnea R. Johnson_____
Name of Issuing Officer

___[signature]_____
Signature of Issuing Officer

Bail fixed at $_____

___United States Magistrate Judge___
Title of Issuing Officer

___Miami, Florida  9/29/97_____
Date and Location

by ___LINNEA JOHNSON_____
       Name of Judicial Officer

'97 OCT 12  PM 1:50  RECEIVED UNITED STATES MARSHAL SO...

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| MIAMI, FLORIDA | | |

| DATE RECEIVED 10-07-97 | NAME AND TITLE OF ARRESTING OFFICER Marshal Daniel J. Horgan | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 10-09-97 | by DUSM Joe Gosdk | |

FILED BY CLERK U.S. DIST. CT. S.D. OF FLA.-MIAMI  97 OCT 15  PM 3:25  D.C.

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____Raul Piombo_____

### Pretrial Detention

ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY


Last Known Address    _____


What Facility _____


Agent_Pablo Martinez - U.S.S.S._____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ANSELMO PEREIRA a/k/a "Sal"

# WARRANT FOR ARREST

**CASE NUMBER:** 97 - 3624

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest Anselmo Pereira a/k/a "Sal"

_____ Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities
and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title _18_, United States

Code, Section(s) 371, 478, and 479

| | |
|---|---|
| Linnea R. Johnson | United States Magistrate Judge |
| **Name of Issuing Officer** | **Title of Issuing Officer** |
| _(signature)_ | Miami, Florida    10/24/97 |
| **Signature of Issuing Officer** | **Date and Location** |
| Bail fixed at $ _no bond_ | by    LINNEA JOHNSON |
| | **Name of Judicial Officer** |

---

| RETURN |
|---|

This warrant was received and executed with the arrest of the above named defendant at _____

_____ Penbroke Pines, Florida _____

| DATE RECEIVED 10-07-97 | NAME AND TITLE OF ARRESTING OFFICER Marshal Daniel J. Horgan | SIGNATURE OF ARRESTING OFFICER _(signature)_ |
|---|---|---|
| DATE OF ARREST 10-09-97 | by DUSM Joe Godsk | |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____Anselmo Pereira a/k/a "Sal"_____

       **Pretrial Detention**

_____

ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY

Last Known Address   _____

What Facility _____

Agent_Pablo Martinez - U.S.S.S._____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

VILMA TRUJILLO

## WARRANT FOR ARREST

### CASE NUMBER:

TO: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Vilma Trujillo__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States Code, Section(s) __371, 478, and 479__

__Linnea R. Johnson__
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $_____ _no bond_____

__United States Magistrate Judge__
Title of Issuing Officer

__Miami, Florida__
Date and Location

by _____
Name of Judicial Officer

LINNEA JOHNSON

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| MIAMI, FLORIDA |

| DATE RECEIVED 10-07-97 | NAME AND TITLE OF ARRESTING OFFICER Marshal Daniel J. Horgan by | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10-09-97 | DUSM Joe Godsk | |

**BOND RECOMMENDATION**

DEFENDAND_____ Vilma Trujillo _____

      **Pretrial Detention**

                                         ROBERT K. SENIOR
                                         ASSISTANT UNITED STATES ATTORNEY

Last Known Address    _____

What Facility _____

Agent_Pablo Martinez - U.S.S.S._____
      (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__SOUTHERN__ _____ DISTRICT OF _____ __FLORIDA__

UNITED STATES OF AMERICA

v.

**MARIN SPARIOSU**

**WARRANT FOR ARREST**

CASE NUMBER: 97-3624
JOHNSON

TO:   **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Marin Spariosu__
                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities
and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States

Code, Section(s) __371, 478, and 479__

Linnea R. Johnson
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida  10/20/97
Date and Location

Bail fixed at $ ____no bond____   by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

Miami, Florida

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-07-97 | Marshal Daniel J. Horgan | |
| DATE OF ARREST | by | |
| 10-09-97 | DUSM Joe Godsk | |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____ **Marin Spariosu** _____

        **Pretrial Detention**

_____
ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility _____

Agent **Pablo Martinez – U.S.S.S.** _____
     (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

SUYAPA ELMADY

CASE NUMBER: $97 - 3627$

TO: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest__Suyapa Elmady_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ]Indictment  [ ]Information  [X]Complaint  [ ]Order of court  [ ]Violation Notice  [ ]Probation Violation Petition

charging him with(brief description of offense) **conspiring to falsely make, possess, utter and forge counterfeit foreign securities**
**and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__ United States**

Code, Section(s)__371, 478, and 479_____

Linnea R. Johnson
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $_____no bond_____

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida
Date and Location

by

LINNEA JOHNSON
Name of Judicial Officer

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| MIAMI, FLORIDA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-07-97 | Marshal Daniel J. Horgan | |
| DATE OF ARREST | by | |
| 10-09-97 | DUSM Joe Godsk | |

AO 442 (Rev. 12/85) Warrant for Arrest

**BOND RECOMMENDATION**

DEFENDAND___**Suyapa Elmady**_____

      **Pretrial Detention**

_____
ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY

Last Known Address   _____

What Facility _____

Agent_**Pablo Martinez − U.S.S.S.**_____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

kodtn.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 97-3624-JOHNSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SUYAPA ELMADY

        Defendant.

**ORDER**

_____

    Pursuant to the Bail Reform Act, a detention hearing was held
this date in accordance with 18 U.S.C. Section 3142(f). At the
conclusion of the evidentiary hearing, the findings of fact and
conclusions of law required by the Act were dictated into the
record. It is thereupon

    **ORDERED AND ADJUDGED** as follows:

    1.  The Defendant   above named         shall be
detained pending trial in this case for the reasons stated on the
record by the Court. Defendant found to be a risk
of flight.

    2.  A final Order of Detention memorializing the dictated
findings and conclusions shall be entered forthwith.

    **DONE AND ORDERED** in Miami, Florida this 15th day of OCTOBER ,
1997.

TAPE NO.97D - 109-2902
          116-1

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. __97-3624-JOHNSON__

UNITED STATES OF AMERICA,

v.

MARINO SPARIOSU

_____

**ORDER DENYING GOVERNMENT'S**
**REQUEST FOR PRETRIAL DETENTION &**
**SETTING A BOND**

　　　　This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

_____ The government's motion is **denied**.

_____ The defendant's motion is **granted**; bond is set at:

　　　_____ Personal Surety, unsecured, in the amount of $ _____

　　　_____ Personal Surety in the amount of $ _____
　　　　　　 with 10% posted with Clerk of Court.

　　　_____ Personal Surety in the amount of $ _____
　　　　　　 secured by the following collateral: _____

_____ Full Cash in the amount of $ _____

_____ Corporate Surety in the amount of $ 1,000,000 nebbio

_____ Full Cash or Corporate Surety in the amount of
　　　　　　　　　　　　　　　　　　　 $ _____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

__ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
__ REPORT TO PRETRIAL SERVICES AS FOLLOWS:　　WEEKLY IN PERSON;　　　　WEEKLY BY PHONE.
_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.

__ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: 24 hr house arrest with electronic monitoring @ deft's expense. deft not to leave residence w/o prior permission from PTS except for medical emergencies

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____
* and court matters involving this case

**DONE AND ORDERED** at Miami, Florida this 15th day of OCTOBER , 1997.

TAPE NO. 97D-109-2402, 110-1,
　　　　　111-1

c:AUSA, Defense,
　Pretrial Svcs, Marshal

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. __97-3624-JOHNSON__

UNITED STATES OF AMERICA,

v.

VILMA TRUJILLO

__ORDER DENYING GOVERNMENT'S__
__REQUEST FOR PRETRIAL DETENTION &__
__SETTING A BOND__

This Cause came before the Court upon motion of __(the__
__government for pretrial detention)__ (the defendant to set a bond).
Upon consideration, it is

ORDERED AND ADJUDGED as follows:

___✓___ The government's motion is **denied.**

_____ The defendant's motion is **granted;** bond is set at:

_____ Personal Surety, unsecured, in the amount of
$

_____ Personal Surety in the amount of $
with 10% posted with Clerk of Court.

_____ Personal Surety in the amount of $
secured by the following collateral: _____

_____ Full Cash in the amount of $_____

___✓___ Corporate Surety in the amount of $ 250,000 Nebbia

_____ Full Cash or Corporate Surety in the amount of
$

In addition to the standard conditions of bond, the following
special conditions are hereby imposed:

___✓___ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.

___✓___ REPORT TO PRETRIAL SERVICES AS FOLLOWS: 1 X WEEKLY IN PERSON; 3 X WEEKLY BY PHONE.

_____ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES
PROHIBITED BY LAW.

_____ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.

_____ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.

_____ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.

_____ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.

___✓___ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: travel restricted
to S/D FL, Curfew 11 p.m - 6 a.m _____

If bond is changed from that set in another District, the reason
pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 15th day of OCTOBER , 1997.

TAPE NO. 97D-109-2902, 110 1
111-1

c:AUSA, Defense,
   Pretrial Svcs, Marshal

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

kodtn.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:97-3624-JOHNSON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.
                       **ORDER**

ARTURO LNU, a/k/a ARTURO TRUJILLO

       Defendant.

_____

    Pursuant to the Bail Reform Act, a detention hearing was held
this date in accordance with 18 U.S.C. Section 3142(f). At the
conclusion of the evidentiary hearing, the findings of fact and
conclusions of law required by the Act were dictated into the
record.  It is thereupon

    **ORDERED AND ADJUDGED** as follows:

    1.  The Defendant __above named_____ shall be
detained pending trial in this case for the reasons stated on the
record by the Court. *Defendant found to be a risk of flight.*

    2.  A final Order of Detention memorializing the dictated
findings and conclusions shall be entered forthwith.

    **DONE AND ORDERED** in Miami, Florida this 15 day of OCTOBER,
1997.

TAPE NO.97D *-104-2402*

                           _____
                      UNITED STATES MAGISTRATE JUDGE
                      STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Defendant, *Anselmo Pereira*

OCT 10 1997

APPEARANCE BOND: _____
CASE NO.: 97 - 36 24 -
Johnson

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ 40,000 10% .

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

   9451    n w 8 x1    street
   Pembroke    pines    FL

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal law.

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

SD/FM-2
REV. 7/90

— 1 —

DEFENDANT: _____

CASE NUMBER: _____

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with those special conditions checked below:

X a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

X b. Report to Pretrial Services as follows: _Three in Person per week_
_One a week by phone_

X c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

__ d. Maintain or actively seek full-time gainful employment.

__ e. Maintain or begin an educational program.

__ f. Avoid all contact with victims of or witnesses to the crimes charged.

__ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

__ h. Comply with the following curfew: _12 AM — 6 AM Seven days a Week_

__ i. Comply with the following additional special conditions of this bond: _3DR_
_Maintain Residence_

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do do.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

DEFENDANT:

CASE NUMBER: _____97-1524_____

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

## DEFENDANT

Signed this _10_ day of _October_ , 19 _97_ , at _Miami_ , Florida.

Signed and acknowledged before me:

WITNESS: _____  DEFENDANT: (Signature) _____

ADDRESS: _3191 Coral Way_  ADDRESS: _9451 NW 8th St_

_Miami_ ZIP _____  _Pembroke Pines FL_ ZIP _____

TELEPHONE: _954 (431-7657)_

## CORPORATE SURETY

Signed this _____ day of _____ , 19 ____ , at _____ , Florida.

SURETY: _____  AGENT: (Signature) _____

ADDRESS: _____  PRINT NAME: _____

_____ ZIP: _____  TELEPHONE: _____

## INDIVIDUAL SURETIES

Signed this _10th_ day of _October_ , 19 _97_ , at _Dade County_ , Florida.

SURETY: (Signature) _____  SURETY: (Signature) _____

PRINT NAME: _Deani G. Neff_  PRINT NAME: _____

RELATIONSHIP  RELATIONSHIP

TO DEFENDANT: _Fiancee's_  TO DEFENDANT: _____

ADDRESS: _9451 NW 8 St Pembroke Pines Fl_  ADDRESS: _____

TELEPHONE: _954 (431-7657)_  TELEPHONE: _____

## APPROVAL BY COURT

Date: _10/10/97_

_____
UNITED STATES MAGISTRATE JUDGE

TED E. BANDSTRA

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

— 3 —

AO82
(Rev. 4/90)

ORIGINAL
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**
at _____Miami_____

RECEIVED FROM   Anselmo A Pereira
9451 NW 8th St
Pembroke Pines, Fl
USA v's Anselm + Pereira

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 4,000 00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 4,000 00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 97-3624 MC Ihnen | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Appearance
Bond to be
Invested

$ Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn.

| DATE | | Cash | Check | M.O | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|---|
| 10/15/97 | 19 | ✓ | | | | Judy Hamilton |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

~~RAUL PLOMBO~~,

    Defendant,

APPEARANCE BOND: _____

CASE NO. 97-862 Johnson

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ _40,000 with 10% Deposited with Reg. of Court by 10-14-97 @ 5:PM_

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

    _5151 Collins Ave Apt 631_
    _Miami Beach FL 33140_

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal law.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD/FM-2
REV. 7/90

— 1 —

DEFENDANT: Rax Piontee

CASE NUMB' 97 3624 CR JOHNSON

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with those special conditions checked below:

✓ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court. *By*

✓ b. Report to Pretrial Services as follows: *Twice in person + twice by phone*

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: *12 Am — 6 Am (7 days a week)*

✓ i. Comply with the following additional special conditions of this bond: _____
*Travel only So Dist FL.*

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do do.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

DEFENDANT: _Kruc Provbo_

CASE NUMBER: _97 3624 R Johnson_

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this _10_ day of _OCT_ , 19_97_ , at _Miami_ , Florida.

Signed and acknowledged before me:   DEFENDANT: (Signature) _X_

WITNESS: _Jorgan Perec_   ADDRESS: _5151 Collins #631_

ADDRESS: _6780 Coral Way_   _Miami Beach FL_ ZIP _33140_

_Miami, Fla_ ZIP _33135_   TELEPHONE: _305 861 9903_

### CORPORATE SURETY

Signed this _____ day of _____ , 19 ___ , at _____ , Florida.

SURETY: _____   AGENT: (Signature) _____

ADDRESS: _____   PRINT NAME: _____

_____ ZIP: _____   TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this _10_ day of _OCT_ , 19_97_ , at _Miami_ , Florida.

SURETY: (Signature) _____   SURETY: (Signature) _X_

PRINT NAME: _____   PRINT NAME: _Marina Guillen_

RELATIONSHIP   RELATIONSHIP _Wife_

TO DEFENDANT: _____   TO DEFENDANT: _____

ADDRESS: _____   ADDRESS: _5151 Collins Ave #631_

TELEPHONE: _____   TELEPHONE: _305 861-9903_

### APPROVAL BY COURT

Date: _10/10/97_

_____
UNITED STATES MAGISTRATE JUDGE

## TED E. BANDSTRA

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

223820

AO82
(Rev. 4/90)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

at _____ Miami _____

RECEIVED FROM

Nelson Rodriguez (for Client)
10780 Coral WAY
Miami Fl 331.55
USA v's Raul Plonso

SS#-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

| | ACCOUNT | AMOUNT | |
|---|---|---|---|
| Fund | | 4,000.00 | |
| 6855XX  Deposit Funds | | | |
| 604700  Registry Funds | | | |
|         General and Special Funds | | | |
| 508800  Immigration Fees | | | |
| 085000  Attorney Admission Fees | | | |
| 086900  Filing Fees | TOTAL | 4,000.00 | |
| 322340  Sale of Publications | | | |
| 322350  Copy Fees | | | |
| 322360  Miscellaneous Fees | | | |
| 143500  Interest | | | |
| 322380  Recoveries of Court Costs | | | |
| 322386  Restitution to U.S. Government | | | |
| 121000  Conscience Fund | | | |
| 129900  Gifts | | | |
| 504100  Crime Victims Fund | | | |
| 613300  Unclaimed Monies | | | |
| 510000  Civil Filing Fee (½) | | | |
| 510100  Registry Fee | | | |

Case Number or Other Reference
97-3624-MC Johnson

Appearance
Bond To be
Invested

$  Checks and drafts are accepted subject to col-
lection and full credit will only be given when the
check or draft has been accepted by the financial
institution on which it was drawn.

| | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|
| DATE  10/14/97 | ✓ | | | | |

UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. _97-3624 LRS_

UNITED STATES OF AMERICA,

v.

MARINI SPARIOSU
SUYAPA ELMADY

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

COMES NOW _Stephen H. Rosen_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any obligations **imposed** by the Court such as **preparing and filing** **documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name **(Printed)** _Stephen H. Rosen_

Counsel's Signature _____

Address _999 Ponce de Leon Blvd Suite 550_
_Coral Gables Fl_ ZIP CODE: _33134_

Telephone _(305) 448-9900_

UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. _9̲7̲-̲3̲6̲2̲4̲ ̲L̲K̲J̲_

UNITED STATES OF AMERICA,

v.

_JOHN TAMAS_

## NOTICE OF TEMPORARY
## APPEARANCE AS COUNSEL

OCT 1 0 1997

COMES NOW _Harris Sperber_ and

files this temporary appearance as counsel for the above named

defendant(s) at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

obligations **imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any **personal surety bond** which

may be set.

Counsel's Name (Printed)  _Harris Sperber_

Counsel's Signature  _____

Address  _1481 N.W. N. River Dr. Miami_

_33125_        ZIP CODE: _____

Telephone _(305) 722 - 9604_

OCT 1 0 1997

UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. _97-362 4 (K)_

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

_Anselmo Pereira_

COMES NOW _____ Vay Levine _____ and

files this temporary appearance as counsel for the above named

defendant(s) at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any **personal surety bond** which

may be set.

Counsel's Name (Printed) ___ Vay Levine ___

Counsel's Signature _____

Address ___ 3191 Co-al Way ___

___ Miami ___  ZIP CODE: _33145_

Telephone _(305)_  _442 - 9776_



UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. _97 - 362 Y_ ꝏ

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY**
**APPEARANCE AS COUNSEL**

_Vilma Trujillo_

COMES NOW _Jay L Levine_ and
files this temporary appearance as counsel for the above named
defendant(s) at initial appearance.  This appearance is made with
the **understanding** that the undersigned counsel will fulfill any
**obligations imposed** by the Court such as **preparing and filing**
**documents** necessary to collateralize any **personal surety bond** which
may be set.

Counsel's Name (Printed) _Jay Levine_

Counsel's Signature _____

Address _3191 Coral Way # 1010_
_Miami_ ZIP CODE: _33145_

Telephone (_305_) _447-9776_

koia.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 97-3624-JOHNSON (SEALED)

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**

Plaintiff,

Language ENGLISH

Tape No. 97B 98-1740   99-1

v.

AUSA Robert Senior

ANSELMO PERERIA (J) 50474-004
DOB 6/10/56

Agent USMS/J, GODSK

Defendant.

_____/

The above-named defendant having been arrested on _____10/7/97_____having appeared before the court for initial appearance on __10/10/97__
and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. Jay levine appeared as ~~permanent~~/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on 10/17 1997.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am 10/20, 1997.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am_____, 1997.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   40,000 10% Co-Signed by girlfrien

   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   X a. Surrender all passports and travel document to the Pretrial Services Office.
   X b. Report to Pretrial Services as follows: 1 times a week by phone, 2 time a week in person; other: _____
   ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
   ___ d. Maintain or actively seek full time gainful employment.
   ___ e. Maintain or begin an educational program.
   ___ f. Avoid all contact with victims of or witnesses to the crimes charged.
   X g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   X h. Comply with the following curfew: 12 AM — 6 AM seven days a week
   ___ l. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

PEI   IA

X j. Comply with the following additional special conditions of this bond:
*Maintain; ll residence l SDFL*

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions.  These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>10TH</u> day of <u>OCTOBER</u>, 1997.

_____
**UNITED STATES MAGISTRATE JUDGE**
TED E. BANDSTRA

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 97-3624 JOHNSON (SEALED)

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**

Plaintiff,

Language ___ENGLISH/SPANISH___
Tape No. 97B 98- 1740
AUSA Robert Senior
Agent ___USMS/J, GODSK___

v.

ARTURO LNU (J) 50470-004
AKA          Defendant. DOB 3/5/60
ARTURO TRUJILLO
_____/

The above-named defendant having been arrested on __10/9/97__ having appeared before the court for initial appearance on __10/10/97__
and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. __AFPD__ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 1997.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am    10 20 , 1997.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __Risk of Flight__
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am    10 15 , 1997.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows: ___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____ j. Comply with the following additional special conditions of this bond:
_____

This bond was set: At Arrest _____
             On Warrant _____
             After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>10TH</u> day of <u>OCTOBER</u>_____, 1997.

                               **UNITED STATES MAGISTRATE JUDGE**
                                   TED E. BANDSTRA

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

Plaintiff,

v.

VILMA TRUJILLO (J) 50473-004
Defendant. DOB 6/1/56

CASE NO. ___97-3624-JOHNSON  (SEALED)___

**ORDER ON INITIAL APPEARANCE**

Language ___SPANISH___
Tape No. 97B 98 - 1740
AUSA ___Robert Senior___
Agent ___USMS/J, GODSK___

The above-named defendant having been arrested on ___10/9/97___ having appeared before the court for initial appearance on ___10/10/97___ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. ___Jay Levine___ appeared as ~~permanent~~/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____ 10/17, 1997.

4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am ___10/20___, 1997.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___RISK OF FLIGHT___
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am ___10/15___, 1997.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

TRUJILLO

___j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>10TH</u> day of <u>OCTOBER</u>, 1997.

_____
**UNITED STATES MAGISTRATE JUDGE**
TED E. BANDSTRA

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          )     CASE NO. 97-3624 Johnson
                                   )
          Plaintiff,               )
                                   )
-v-                                )
                                   )
SUYAPA ELMADY,                     )     ORDER GRANTING DEFENDANT'S
                                   )     REQUEST THAT SHE BE PLACED
          Defendant.               )     IN WARD D OF JACKSON
                                   )     MEMORIAL HOSPITAL PENDING
_____)     A FURTHER HEARING

        **THIS CAUSE** came before the Court on the defendant's motion to
be housed at Ward D of Jackson Memorial Hospital until because of
her alleged medical conditions.    Having duly considered this
matter, it is hereby,

        **ORDERED** and **ADJUDGED** that the defendant's motion is GRANTED.
The defendant shall be incarcerated at Ward D of Jackson Memorial
Hospital forthwith until Wednesday, October 15, 1997, when the
Court shall further examine whether such housing is required.

        **DONE** and **ORDERED** this 10th day of October, 1997, in chambers
at Miami, Florida.

                                   _____
                                   TED E. BANDSTRA
                                   UNITED STATES MAGISTRATE JUDGE


cc:  Steven Rosen, Esq.
     AUSA Robert K. Senior

koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 97-3624-JOHNSON (SEALED)

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**

Plaintiff,

Language ___ENGLISH___

Tape No. 97B 98-1740, 99-1

V.

AUSA _Robert Senior_

SUYAPA ELMADY (J) 50471-004
DOB 12-27-61

Agent ___USMS/J. GODSK___

Defendant.

_____/

The above-named defendant having been arrested on ___10/9/97___ having appeared before the court for initial appearance on ___10/10/97___
and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _Stephen Rosen_ appeared as ~~permanent~~/temporary counsel of record.
   Address: _999 Ponce de Leon Blvd - STE 550 Coral Gables_
   Zip Code: _33134_ Telephone: _448-9900_

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _10/15_, 1997.

4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am_   _10/20_, 1997.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _Risk of Flight_
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_   _10/15_, 1997.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set: At Arrest _____

On Warrant _____

After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____

_____

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this __10TH__ day of OCTOBER _____, 1997.

_____
**UNITED STATES MAGISTRATE JUDGE**
TED E. BANDSTRA

c: Assistant U.S. Attorney
Defendant
Counsel
U.S. Marshal
Pretrial Services/Probation

koia.

OCT 1 0 1997

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

CASE NO. 97-3624-JOHNSON (SEALED)

Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language ___ENGLISH___
Tape No. 97B 98-1 740 99-1
AUSA ___Robt Senior___

V.

**MARIN SPARIOSU (J)** 59469-004
DOB 7-23-68
Defendant.

Agent ___USMS/J, GODSK___

The above-named defendant having been arrested on ___10/9/97___ having appeared before the court for initial appearance on ___10/10/97___ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. Stephen Rosen ___ appeared as ~~permanent~~/temporary counsel of record.
   Address: ___
   Zip Code: ___ Telephone: ___
2. ___ appointed as permanent counsel of record.
   Address: ___
   Zip Code: ___ Telephone: ___
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on ___
4. Arraignment/Preliminary/Removal/Identify hearing is set for 10am ___ 10/17___, 1997.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because Risk of Flight + Danger to Community ___ 10/20___, 1997.
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am ___ 10/15___, 1997.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: ___

___ This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: ___
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: ___
___1. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____ j. Comply with the following additional special conditions of this bond:

_____

This bond was set: At Arrest _____ _____

On Warrant _____

After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____

_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>10TH</u> day of <u>OCTOBER</u> , 1997.

_____

**UNITED STATES MAGISTRATE JUDGE**

TED E. BANDSTRA

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-8624-JOHNS
Sealed

UNITED STATES OF AMERICA,          :

v.                                 :          NOTICE OF PERMANENT
                                              APPEARANCE AS COUNSEL
Paul Piombo                        :          OF RECORD

_____            :

        COMES NOW Nelson A. Rodriguez, and files this appearance as counsel for the above named defendant(s).  Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

        Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

        Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

        **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

        DATED: 10-10-97

                        Attorney   Nelson Rodriguez
                        Address    6780 Coral Way
                        City  Miami   State FL  Zip 33145
                        Telephone   305-264-4000
                        Florida Bar No. 876739

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

koia.

OCT 10 1997

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. __97-3624-JOHNSON (SEALED)__

UNITED STATES OF AMERICA

Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language __SPANISH/ENGLISH__
Tape No. 97B __98-1740    99-1__
AUSA __Robert Senior__
Agent __USMS/J. GODSK__

v.

RAUL PIOMBO (J) 50472-004
Defendant. DOB 11/6/68

The above-named defendant having been arrested on __10/9/97__ having appeared before the court for initial appearance on __10/10/97__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. __Nelson A. Rodriguez__ appeared as permanent/temporary counsel of record.
Address: __6780 Coral Way  Miami  FL__
Zip Code: __33155__      Telephone: __261-4000__

2. _____ appointed as permanent counsel of record.
Address: _____
Zip Code: _____   Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on

4. Arraignment/Preliminary/Removal/Identity hearing is set for __10am    10/20__, 1997.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am__, 1997.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: __40,000 10% Co signed by Common-in-law wife__

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

X a. Surrender all passports and travel document to the Pretrial Services Office.
X b. Report to Pretrial Services as follows: __1__ times a week by phone, __2__ time a week in person; other: _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
X h. Comply with the following curfew: __12 Am — 6 Am__
___ l. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

PIOMBO

j. Comply with the following additional special conditions of this bond:
Restricted  IDA

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 10TH day of OCTOBER _____, 1997.

_____
**UNITED STATES MAGISTRATE JUDGE**
TED E. BANDSTRA

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

koia.

OCT 10 1997

UNITED STATES OF AMERICA

Plaintiff,

v.

JON TAMAS (J) 57791-004

DOB 6/27/76

Defendant.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 97-3624-JOHNSON (SEALED)

**ORDER ON INITIAL APPEARANCE**

Language ENGLISH

Tape No. 97B 98-1740 99-7

AUSA Robert Senior

Agent USMS/J, GODSK

The above-named defendant having been arrested on ___10/9/97___ having appeared before the court for initial appearance on ___10/10/97___ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. Harris Spencer _____ appeared as ~~permanent~~/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____

4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am 10/17, 1997.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because Govt Request 10/20, 1997. A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am 10/15, 1997.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: $ 50,000 / 10/10

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

X a. Surrender all passports and travel document to the Pretrial Services Office.
X b. Report to Pretrial Services as follows: 1 times a week by phone, 2 time a week in person; other: _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
X g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
X h. Comply with the following curfew: 12Am—6Am
___ I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

X j. Comply with the following additional special conditions of this bond:
_____ Restricted SDA _____
_____ Maintain Residence _____
This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>10TH</u> day of <u>OCTOBER</u>, 1997.

_____
**UNITED STATES MAGISTRATE JUDGE**
TED E. BANDSTRA

c: Assistant U.S. Attorney
Defendant
Counsel
U.S. Marshal
Pretrial Services/Probation

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

                                    Plaintiff

-vs-

JON TAMAS

~~Jon Tamas~~  Defendant

| | CASE NUMBER |
|---|---|
| CR 9_____ Johnson | |

**REPORT COMMENCING CRIMINAL ACTION**

57791·004

O: CLERK'S OFFICE
U.S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will
be indicated as "N/A".

(1)  Date and time of arrest  10-9-97   5:00 P.M

(2)  LANGUAGE SPOKEN   English

(3)  OFFENSE(S) CHARGED  ~~20/18~~  18 USC 376, 478, 479
~~21 USC 841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE~~

(4)  U.S. CITIZEN [X] YES   [ ] NO   [ ] UNKNOWN

(5)  DATE OF BIRTH:  6-27-76

(6)  TYPE OF CHARGING DOCUMENT: (CHECK ONE)
     ORIGINATING DISTRICT:  SOUTHERN JUDICIAL DISTRICT of FLORIDA

     [ ]   INDICTMENT    [X]  COMPLAINT  TO BE FILED/ALREADY FILED
     CASE # _____           CASE # _____

     [ ] BENCH WARRANT FOR FAILURE TO APPEAR
     [ ] PROBATION VIOLATION WARRANT
     [ ] PAROLE VIOLATION WARRANT

     COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ] YES    [xx] NO
AMOUNT OF BOND:  75,000 C SB/Nebie
WHO SET BOND:  Mag. T. Benilstra

(7)  REMARKS: _____

(8)  DATE:  10-9-97         (9)  SPECIAL AGENT  Pablo Martinez
(10) AGENCY:  USSS                    ARRESTING OFFICER
                           (11) (305)  470--1480
(12) COMMENTS: _____              PHONE NO.
_____
_____
_____

22

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

JON TAMAS

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 97-3624

9-29-97

YOU ARE HEREBY COMMANDED to arrest __Jon Tamas_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities
and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States

Code, Section(s) 371, 478, and 479 _____

FILED by ___
97 SEP 29 PM 3 50

Linnea R. Johnson
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Miami, Florida   9/29/97
Date and Location

Bail fixed at $____ no bond ____   by   LINNEA JOHNSON

Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---------------|-------------------------------------|--------------------------------|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

KHB-5800.08B
Attachment B

UNITED STATES OF AMERICA )  CASE NUMBER: CR 97-3624-JOHNSON
      Plaintiff )
 )
      -vs- )  REPORT COMMENCING CRIMINAL
 )           ACTION
Trujillo, Arturo )
      Defendant )  50470004

*****************************************************************

TO: CLERK'S OFFICE  (MIAMI)  FT. LAUDERDALE  W. PALM BEACH
    U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.

*****************************************************************

COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1)  DATE AND TIME OF ARREST: __10-09-97____ __0630__ a.m./p.m.

(2)  LANGUAGE(S) SPOKEN: __English, Spanish__

(3)  OFFENSE(S) CHARGED: __Consp. to posses foreign or__
     __counterfeit securities__

(4)  UNITED STATES CITIZEN:  ( )YES  (X)NO  ( )UNKNOWN

(5)  DATE OF BIRTH: __03-05-60__

(6)  TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
     [ ] INDICTMENT    [X] COMPLAINT    CASE # __97-3624__
     [ ] BENCH WARRANT FOR FAILURE TO APPEAR
     [ ] PAROLE VIOLATION WARRANT
     ORIGINATING DISTRICT: __S/Fl__
     COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [X]YES  [ ]NO

AMOUNT OF BOND:$_____WHO SET BOND? _____

(7)  REMARKS: _____

(8)  DATE:__10-09-97____  (9) ARRESTING OFFICER __J. Gudik__

(10)  AGENCY __USMS__  (11) PHONE # __536-4629__

(12)  COMMENTS _____

AO 442 (Rev. 12/85) Warrant for Arrest

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

ARTURO LNU

# WARRANT FOR ARREST

CASE NUMBER: 97-3624

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Arturo LNU__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__ United States

Code, Section(s) 371, 478, and 479

| | |
|---|---|
| Linnea R. Johnson | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | Miami, Florida  8/20/97 |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ *no bond* | by LINNEA JOHNSON |
| | Name of Judicial Officer |

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/86) Warrant for Arrest

KIM 5800.08B
Attachment B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
        Plaintiff )

CASE NUMBER: CR _97 - 3624 - Johnson_

-vs- )

REPORT COMMENCING CRIMINAL
ACTION

_Raul Piombo_ )
        Defendant )

_50472-004_

**********************************************************

TO: CLERK'S OFFICE (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
**********************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)    DATE AND TIME OF ARREST: _10/9/97_    _5:30 Am_   a.m./p.m.

(2)    LANGUAGE(S) SPOKEN: _Spanish / English_

(3)    OFFENSE(S) CHARGED: _18 USC 371, 478, 474_

(4)    UNITED STATES CITIZEN:   (X)YES    ( )NO    ( )UNKNOWN

(5)    DATE OF BIRTH: _11/6/48_

(6)    TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
      [ ] INDICTMENT   [X] COMPLAINT    CASE # _97-3624_
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [ ] PAROLE VIOLATION WARRANT
      ORIGINATING DISTRICT: _____
      COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND:$ _PTD_    WHO SET BOND? _Mag Johnson_

(7)    REMARKS: _____

(8)    DATE: _9-29-97_    (9) ARRESTING OFFICER _J. Gulek_

(10)   AGENCY _USSS_    (11) PHONE # _305- 586 - 4624_

(12)   COMMENTS _____

# *United States District Court*

DISTRICT OF _____ **FLORIDA**

SOUTHERN

UNITED STATES OF AMERICA

v.

AUTHORIZED

**TO:** The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 97 - 3624

**YOU ARE HEREBY COMMANDED** to arrest **Raul Piombo** _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

Name

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States

Code, Section(s) 371, 478, and 479 _____

| | |
|---|---|
| Linnea R. Johnson | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | Miami, Florida   9/24/97 |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | by   LINNEA JOHNSON |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

HJM-5800.08B
Attachment B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR _9-7- 36.24 - JOHNS(x)_
          Plaintiff )
                    )
        -vs- )  REPORT COMMENCING CRIMINAL
                    )  ACTION
_Anselmo Antonio Pereira_ )
          Defendant      _50474-004_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: _10-09-97_     _0620_   a.m./p.m.

(2)   LANGUAGE(S) SPOKEN: _English_

(3)   OFFENSE(S) CHARGED: _Consp. to posses counterfeit_
    _instruments_

(4)   UNITED STATES CITIZEN:   (X)YES   ( )NO   ( )UNKNOWN

(5)   DATE OF BIRTH: _6-10-56_

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
    [ ] INDICTMENT    [X] COMPLAINT    CASE # _97-3624_
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _S/Fl_
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [X]YES  [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7)   REMARKS: _____

(8)   DATE: _10-09-97_   (9) ARRESTING OFFICER _J. Godek_

(10)  AGENCY _USMS_   (11) PHONE # _536.4629_

(12)  COMMENTS _____

## United States District Court

**SOUTHERN** _____ DISTRICT OF _____ **FLORIDA** _____

**UNITED STATES OF AMERICA**

v.

**WARRANT FOR ARREST**

ANSELMO PEREIRA a/k/a "Sal"

**CASE NUMBER:** 97 - 3624

TO:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Anselmo Pereira a/k/a "Sal"_ _____

**Name**

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States

Code, Section(s) 371, 478, and 479 _____

Linnea R. Johnson _____
**Name of Issuing Officer**

United States Magistrate Judge _____
**Title of Issuing Officer**

_[signature]_ _____
**Signature of Issuing Officer**

Miami, Florida  9/24/97 _____
**Date and Location**

Bail fixed at $ ____ no bond ____ by ____ **LINNEA JOHNSON** _____
**Name of Judicial Officer**

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

MIA 5800.08B
Attachment B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR 97-3624 Johnson
        Plaintiff )
                )
                )  REPORT COMMENCING CRIMINAL
      -vs-        )  ACTION

*Trujillo Vilma Esther*
         Defendant       50473-004

*******************************************************************

TO: CLERK'S OFFICE  ( MIAMI )   FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.

*******************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: 10-09-97   0620   a.m./p.m.

(2)   LANGUAGE(S) SPOKEN: Spanish

(3)   OFFENSE(S) CHARGED: Consp to posses forged instrument

(4)   UNITED STATES CITIZEN:   ( )YES   (X)NO   ( )UNKNOWN

(5)   DATE OF BIRTH: 6-1-56

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
    [ ] INDICTMENT   [X] COMPLAINT   CASE # 97-3624
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: S/F1
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [X]YES [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7)   REMARKS: _____

(8)   DATE: 10-09-97   (9) ARRESTING OFFICER J. Gudek

(10)  AGENCY USMS   (11) PHONE # 536-4629

(12)  COMMENTS _____

18

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

VILMA TRUJILLO

## WARRANT FOR ARREST

### CASE NUMBER:

TO:  **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest <u>Vilma Trujillo</u>

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18_, United States

Code, Section(s) _371, 478, and 479_____

| | |
|---|---|
| Linnea R. Johnson | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | Miami, Florida |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _no bond_ | by |
| | Name of Judicial Officer |

LINNEA JOHNSON

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |
| DATE OF ARREST | | |
|  |  |  |

AO 442 (Rev. 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )   Case Number: CR 97-3624-30/mc
                 Plaintiff )
                           )   REPORT COMMENCING CRIMINAL
      -vs-                 )           ACTION
_MARIN (SPARRSH)_          )
         Defendant         )   50469-004

*********************************************************************

TO: Clerk's Office   (MIAMI)   FT. LAUDERDALE
    U.S. District Court                     W. PALM BEACH
                            (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE

*********************************************************************

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 10-09-97   0730   ~~am~~/pm

(2)  Language Spoken: English

(3)  Offense(s) Charged: Consp. to Posses counterfeited
     foreign Securities

(4)  U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: 2-23-68

(6)  Type of Charging Document:  (Check one)
     [ ] Indictment      [X] Complaint  To be filed/Already filed
         Case # __97-3624__
     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: _S/F/_

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____
     _____

(8)  Date: 10-09-97   (9) Arresting Officer: J. Godyk

(10) Agency: USms        (11) Phone: 587-1842

(12) Comments: _____

AO 442 (Rev. 12/85) Warrant for Arrest

## *United States District Court*

__SOUTHERN_____ DISTRICT OF _____ __FLORIDA_____

UNITED STATES OF AMERICA

v.

MARIN SPARIOSU

**WARRANT FOR ARREST**

**CASE NUMBER:** 97 - 3624
JOHNSON

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest__Marin Spariosu_____

                                                    **Name**

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ]Indictment  [ ]Information  [X]Complaint  [ ]Order of court  [ ]Violation Notice  [ ]Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities
and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18_, United States

Code, Section(s) 371, 478, and 479_____

__Linnea R. Johnson_____
Name of Issuing Officer

_____
Signature of Issuing Officer

Bail fixed at $_____no bond_____

__United States Magistrate Judge_____
Title of Issuing Officer

__Miami, Florida__ 4/29/97
Date and Location

by   LINNEA JOHNSON
     Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )    CASE NUMBER: CR _97-3624-Johnson_
          Plaintiff )
 )
        -vs- )    REPORT COMMENCING CRIMINAL
ELMADY, SUYAPA B. )            ACTION
_Suyapa Elmady_ )
          Defendant )    _50471-004_

**********************************************************
TO: CLERK'S OFFICE (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
**********************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: _10-09-97_    _0730_  a.m./p.m.

(2)   LANGUAGE(S) SPOKEN: _☒ English_

(3)   OFFENSE(S) CHARGED: _18 USC 371, 478, 479_

_____

(4)   UNITED STATES CITIZEN:    ( )YES    (☒)NO    ( )UNKNOWN

(5)   DATE OF BIRTH: _12-27-61_

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
      [ ] INDICTMENT    [☒] COMPLAINT    CASE # _97-3624_
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [ ] PAROLE VIOLATION WARRANT
      ORIGINATING DISTRICT: _____
      COPY OF WARRANT LEFT WITH BOOKING OFFICER? [☒]YES  [ ]NO

AMOUNT OF BOND:$ _PTD_    WHO SET BOND? _L Johnson_

(7)   REMARKS: _____

(8)   DATE: _10-09-97_    (9) ARRESTING OFFICER _____

(10)  AGENCY _____    (11) PHONE # _(305)_ _____

(12)  COMMENTS _____

## *United States District Court*

_SOUTHERN_ DISTRICT OF _FLORIDA_

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

SUYAPA ELMADY

**CASE NUMBER:** 97 – 3624

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _Suyapa Elmady_

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States

Code, Section(s) 371, 478, and 479

| | |
|---|---|
| Linnea R. Johnson | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| _signature_ | Miami, Florida  9/29/97 |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ __no bond__ | by  LINNEA JOHNSON |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/86) Warrant for Arrest

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-3624-JOHNSON

UNITED STATES OF AMERICA,

vs.

SUYAPA ELMADY, ET AL



_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

This case is to be unsealed pursuant to the arrest and the initial appearance of the above defendants.

**DONE AND ORDERED** at Miami, Florida this _____10TH_____ day of _____OCTOBER_____, 19_97_____ .

TAPE NO:97B 1740

_____
UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

ALVARO DE JESUS SOJO

## WARRANT FOR ARREST

CASE NUMBER: 97-3624

9-29-97

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Alvaro De Jesus Sojo _____

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [.] Violation Notice  [ ] Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title 18, United States

Code, Section(s) 371, 478, and 479

Linnea R. Johnson
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Miami, Florida          9/29/97
Date and Location

Bail fixed at $ _____ no bond _____      by _____ LINNEA JOHNSON
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/86) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____ <u>Alvaro De Jesus Sojo</u>

### Pretrial Detention

_____
ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY


Last Known Address         _____


What Facility _____


Agent <u>Pablo Martinez - U.S.S.S.</u>
   (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 - Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

ARTURO LNU

## WARRANT FOR ARREST

CASE NUMBER: 97-3624

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Arturo LNU

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities
and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title 18, United States

Code, Section(s) 371, 478, and 479

Linnea R. Johnson
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____ no bond

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida
Date and Location

by _____
Name of Judicial Officer

**LINNEA JOHNSON**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**BOND RECOMMENDATION**

DEFENDAND_____ <u>Arturo LNU</u>_____

       **Pretrial Detention**

_____
ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility _____

Agent <u>Pablo Martinez - U.S.S.S.</u>_____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____ FLORIDA

SOUTHERN

UNITED STATES OF AMERICA

V.

JON TAMAS

## WARRANT FOR ARREST

CASE NUMBER: 97-3624

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jon Tamas__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities
and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18__, United States

Code, Section(s) 371, 478, and 479

FILED BY __ DC
97 SEP 29 PM 3:50

United States Magistrate Judge
Title of Issuing Officer

Linnea R. Johnson
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Miami, Florida        9/29/97
Date and Location

LINNEA JOHNSON
by _____
Name of Judicial Officer

Bail fixed at $ ___ no bond

---

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____ <u>Jon Tamas</u> _____

### Pretrial Detention

_ROBERT K. SENIOR_
ASSISTANT UNITED STATES ATTORNEY

Last Known Address    _____

What Facility _____

Agent<u> Pablo Martinez - U.S.S.S.</u>_____
      (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/86) Warrant for Arrest

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

EDUARDO GAMEZ

## WARRANT FOR ARREST

TO: **The United States Marshal
and any Authorized United States Officer**

CASE NUMBER: 97-3624

YOU ARE HEREBY COMMANDED to arrest _Eduardo Gamez_

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title 18 United States Code, Section(s) 371, 478, and 479

Linnea R. Johnson
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Miami, Florida
Date and Location

Bail fixed at $_____ no bond _____ by

## LINNEA JOHNSON
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**BOND RECOMMENDATION**

DEFENDAND_____ Eduardo Gamez _____

      **Pretrial Detention**

ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility _____

Agent_Pablo Martinez – U.S.S.S._____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/86) Warrant for Arrest

# *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

TULIO HERNANDEZ

## WARRANT FOR ARREST

CASE NUMBER: $97-3624$

$9-29-97$

TO:   **The United States Marshal**
      **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest  Tulio Hernandez 

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title  18  United States

Code, Section(s) 371, 478, and 479 

Linnea R. Johnson
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $   no bond 

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida   9/29/97
Date and Location

by   LINNEA JOHNSON

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/86) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____ Tulio Hernandez

### Pretrial Detention

ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY

Last Known Address

What Facility

Agent Pablo Martinez - U.S.S.S.
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/86) Warrant for Arrest

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

JORGE HERNANDEZ

TO:   **The United States Marshal
and any Authorized United States Officer**

## WARRANT FOR ARREST

**CASE NUMBER:** 97-3624-
JOHNSON

YOU ARE HEREBY COMMANDED to arrest__Jorge Hernandez_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ]Indictment   [ ]Information   [X]Complaint   [ ]Order of court   [ ]Violation Notice   [ ]Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title _18_, United States

Code, Section(s)_371, 478, and 479_____

Linnea R. Johnson
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $_____no bond_____

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida          9/29/97
Date and Location

by ____LINNEA JOHNSON____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/86) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____ Jorge Hernandez _____

### Pretrial Detention

ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility _____

Agent_Pablo Martinez - U.S.S.S._____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 44^ (Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

RAUL PIOMBO

## WARRANT FOR ARREST

CASE NUMBER: 97 – 3624

TO: **The United States Marshal**
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest__Raul Piombo_____

                                                                    **Name**

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ]Indictment  [ ]Information  [X]Complaint  [ ]Order of court  [ ]Violation Notice  [ ]Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18, United States

Code, Section(s)_371, 478, and 479_____

Linnea R. Johnson_____
Name of Issuing Officer

_Linnea Johnson_ (signature)
Signature of Issuing Officer

Bail fixed at $_____

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida  9/29/9 (?)
Date and Location

by  LINNEA JOHNSON
        Name of Judicial Officer

FILED by ___ D.C.
SEP 29
PM 3: 51
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIA.

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____ __Raul Piombo_____

**Pretrial Detention**

ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY


Last Known Address      _____


What Facility _____


Agent__Pablo Martinez - U.S.S.S._____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

## United States District Court

__SOUTHERN_____ DISTRICT OF _____ __FLORIDA__

UNITED STATES OF AMERICA

v.

ANSELMO PEREIRA a/k/a "Sal"

## WARRANT FOR ARREST

CASE NUMBER:  $97 - 3624$

TO:   **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Anselmo Pereira a/k/a "Sal"_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

Name

[ ]Indictment   [ ]Information   [X]Complaint   [ ]Order of court   [ ]Violation Notice   [ ]Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title __18_, United States

Code, Section(s)_371, 478, and 479_____

Linnea R. Johnson
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $_____ _no bond_____

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida
Date and Location

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**BOND RECOMMENDATION**

DEFENDAND_____ <u>Anselmo Pereira a/k/a "Sal"</u>

       **Pretrial Detention**

<u>ROBERT K. SENIOR</u>
ASSISTANT UNITED STATES ATTORNEY

Last Known Address

What Facility _____

Agent <u>Pablo Martinez - U.S.S.S.</u>
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/85) Warrant for Arrest

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

VILMA TRUJILLO

**WARRANT FOR ARREST**

**CASE NUMBER:**

TO: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _Vilma Trujillo_

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [x] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him with (brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title _18_, United States

Code, Section(s) 371, 478, and 479

SEP 29 PM 3:51

Linnea R. Johnson
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida
Date and Location

Bail fixed at $_____ no bond _____ by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____Vilma Trujillo_____

     **Pretrial Detention**

ROBERT K.  SENIOR
ASSISTANT UNITED STATES ATTORNEY

Last Known Address

What Facility _____

Agent_Pablo Martinez – U.S.S.S._____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

MARIN SPARIOSU

TO: **The United States Marshal**
**and any Authorized United States Officer**

## WARRANT FOR ARREST

**CASE NUMBER:** 97-3624-
JOHNSON

YOU ARE HEREBY COMMANDED to arrest __Marin Spariosu__

and bring him or her forthwith to the nearest magistrate to answer a(n)       Name

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title 18, United States Code, Section(s) 371, 478, and 479

Linnea R. Johnson
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____ no bond _____

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida 6/20/97
Date and Location

by LINNEA JOHNSON
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**BOND RECOMMENDATION**

DEFENDAND_____ <u>Marin Spariosu</u>

    **Pretrial Detention**

<u>ROBERT K. SENIOR</u>
ASSISTANT UNITED STATES ATTORNEY

Last Known Address

What Facility _____

Agent_<u>Pablo Martinez - U.S.S.S.</u>
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

SUYAPA ELMADY

**CASE NUMBER:** 97 - 3624

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Suyapa Elmady_____

and bring him or her forthwith to the nearest magistrate to answer a(n)                    Name

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with(brief description of offense) conspiring to falsely make, possess, utter and forge counterfeit foreign securities
and falsely making, possessing, uttering and forging counterfeit foreign securities, in violation of Title 18, United States

Code, Section(s) 371, 478, and 479

Linnea R. Johnson
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_____
Signature of Issuing Officer

Miami, Florida   9/29/97
Date and Location

Bail fixed at $ _____no bond_____     by   LINNEA JOHNSON
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/86) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDAND_____ Suyapa Elmady _____

       **Pretrial Detention**

ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility _____

Agent_Pablo Martinez - U.S.S.S._____
    (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 91 (Rev. 5/85) Criminal Complaint

1mp—body

# United States District Court

9-29-97

___SOUTHERN___ **DISTRICT OF** ___FLORIDA___

UNITED STATES OF AMERICA

v.                                    **CRIMINAL COMPLAINT**

SUYAPA ELMADY,
MARIN SPARIOSU,
VILMA TRUJILLO,
ANSELMO PEREIRA a/k/a "Sal,"       **CASE NUMBER:** 97-3624
RAUL PIOMBO,                                    Johnson
JORGE HERNANDEZ,
TULIO HERNANDEZ,
EDUARDO GAMEZ,
JON TAMAS,
ARTURO LNU, and
ALVARO DE JESUS SOJO

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about <u>August 12, 1997, up to the date of this complaint,</u> in Dade County, in the Southern District of Florida, and elsewhere, the defendants did, with the intent to defraud, forged and counterfeited foreign securities and uttered and passed forged foreign securities and conspired to do so with each other and with others unknown to the government, in violation of Title 18, United States Code, Sections 371, 478, and 479.

I further state that I am a U.S.S.S. Special Agent and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:      **X** Yes      No

_____
Signature of Complainant
**Special Agent Pablo Martinez**
**U.S. SECRET SERVICE**

Sworn to before me, and subscribed in my presence,

Date    _____9-29-97_____        at   <u>Miami, Florida</u>
                                                            City and State

<u>United States Magistrate Judge Linnea R. Johnson</u>        _____
Name and Title of Judicial Officer                                  Signature of Judicial Officer

## AFFIDAVIT

I, Pablo Martinez, being first duly sworn, depose and state:

1.      I am a Special Agent with the United States Secret Service (herein referred to as USSS). I have been a Special Agent for approximately six and a half years.  I make this affidavit in my official capacity as a Special Agent.  This affidavit is based upon my personal knowledge as well as information provided to me by other law enforcement officers.

2.      On or about August 12, 1997, agents and officers learned from telephone conversations intercepted and recorded pursuant to a state authorized wiretap orders (hereinafter "wire") that **Suyapa Elmady** and **Marin Spariosu** were involved in the distribution of counterfeit bonds.  It was learned from the "wire" that Spariosu was sending a package containing counterfeit bonds to **Alvaro LNU** ( later identified as **Alvaro DeJesus Sojo**) in Colombia.

3.      On or about August 13, 1997, it was learned from the "wire" that **Elmady** discussed a transaction of one hundred million dollars in counterfeit bonds  with **Vilma LNU**, (later identified as **Vilma Trujillo**).  **Trujillo** stated that she had people who could offer **Elmady** three million dollars in genuine currency for thirty-two million dollars in counterfeit bonds.

4.      On or about this same date, it was learned from the "wire"  that **Elmady** had spoken to **Sojo** and that **Sojo** had advised that  individuals in Barranquilla, Colombia had offered to buy  thirty- two million in counterfeit bonds for three million dollars and that the individuals wanted her "**Elmady**" to bring the thirty-two million dollars ($32,000,000.00) in counterfeit bonds plus an additional seventy million.   **Elmady** told **Sojo** that they wouldn't have the additional seventy million in

counterfeit bonds until they paid the Venezuelans.   According to information learned from the "wire", **Elmady** expressed concern about transporting the counterfeit bonds without an  up front payment.

5.      On or about August 14, 1997, it was learned from the "wire" that **Spariosu** had spoken to FNU **Pereira** (later identified as **Anselmo Pereira** A/K/A "Sal"), and advised him that somebody in Barranquilla was looking to pay three million dollars ($3,000,000.00) or ten percent for the counterfeit bonds.

6.      On or about this same date, it was learned from the "wire"  that **Spariosu** had spoken to **Piombo** (later identified as **Raul Piombo**).  **Spariosu** advised **Piombo** of the impending transaction with  Colombian lawyers.  It was further learned from the "wire" that **Spariosu** said that the lawyers were going to make a scandal with the counterfeit bonds, but that he (**Spariosu**) did not care because he was going to get ten percent or three million ($3,000,000.00) out of the deal.

7.      On or about this same date, it was learned from the "wire" that **Elmady** stated to **Sojo** that her associates had approximately three-hundred-fifty million ($350,000,000.00) in counterfeit bonds maturing between the years 2003 and 2008.  **Elmady** stated that the bonds came with a document from the Central Bank of Venezuela and that she (**Elmady**) wanted to insure that the bonds were certified with a telex from the Central Bank of Venezuela. It was further learned from the "wire" that **Elmady** needed to resolve this because she had to pay the people inside the bank.

8.      On or about August 18, 1997, it was learned from the "wire" that **Jorge Hernandez** was delivering  the counterfeit bonds to her (**Elmady's**) house later that day.

9.      On or about this same day, officers from the  South Florida Impact Group, seized approximately thirty-two million dollars ($32,000,000.00) in counterfeit "Banco Central De

2

Venezuela" bonds from an apartment belonging to **Jorge Hernandez**. Along with this seizure, rubber stamps depicting the seal of the Central Bank of Venezuela were also seized.

10.     On or about August 21, 1997, it was learned from the "wire" that **Spariosu** and **Pereira** talked about the seizure of the thirty-two million dollars ($32,000,000.00) in counterfeit bonds. **Spariosu** stated that additional bonds were being printed up and that they should have them by Saturday.

11.     On or about August 26, 1997, it was learned from the "wire" that **Elmady** had informed **Tulio Hernandez** that **Jorge Hernandez's** people were supposed to send additional counterfeit bonds, and that there were clients in Colombia waiting for the counterfeit bonds. **Elmady** stated to **Hernandez** that if she didn't travel to Colombia the following day with the bonds, the deal would be off.

12.     On or about August 28, 1997, it was learned from the "wire" that **Spariosu** had spoken with **Piombo** and had told him (**Piombo**) that additional counterfeit bonds from Venezuela had not been delivered. According to information derived from the "wire", **Spariosu**, **Elmady**, **Sojo** and **Sojo's** people in Colombia believed they were lying. It was learned from the "wire" that **Spariosu** advised **Sojo** to try and negotiate the twenty-five million ($25,000,000.00) in counterfeit bonds that he (**Sojo**) had there in Colombia.

13.     According to information learned from the "wire" on this same date, **Spariosu** advised **Piombo** that there were seven hundred and fifty (750) counterfeit bonds. **Spariosu** stated that the person in Venezuela who makes the original bonds for the bank in Venezuela was going to make counterfeit bonds for them. **Piombo** stated that he knew a little bit about printing but was not sure how they were going to make the counterfeit bonds.

3

14.     On or about September 4, 1997, it was learned from the "wire" that **Elmady** spoke to **Trujillo**. **Trujillo** stated to **Elmady** that she (**Trujillo**) had not advised **Sojo** that the counterfeit bonds had not arrived. **Trujillo** stated to **Elmady** that **Sojo** needed the counterfeit bonds because there were clients in Barranquilla who were waiting for them.

15.     On this same date, it was learned from the "wire" that **Elmady** had advised **Sojo** that she did not have the additional thirty-two million dollars ($32,000,000.00) in counterfeit bonds. **Elmady** asked **Sojo** if he was going to negotiate the twenty-five million dollars ($25,000,000.00) in counterfeit bonds he had there in Colombia. **Sojo** stated to **Suyapa** that he would negotiate with those and any additional counterfeit bonds that **Elmady** could send him. **Sojo** stated to **Elmady** that he would show the counterfeit bonds to the buyers in Barranquilla and would need **Elmady's** bank account number.

16.     On or about this same date, it was learned from the "wire" that **Elmady** had a conversation with **Jorge Hernandez**, and that **Jorge Hernandez** had advised **Elmady** that **Eduardo Gamez** was going to give them additional counterfeit bonds.

17.     On or about this same date, it was learned from the "wire" that **Spariosu** had spoken to **Gamez** in Caracas, Venezuela. **Spariosu** and **Gamez** discussed a transaction involving twenty five million dollars in counterfeit bonds. **Spariosu** asked **Gamez** if the counterfeit bonds would have a letter with them. **Gamez** stated to **Spariosu** that he would attempt to get the letters for the counterfeit bonds the following day. **Gamez** stated to **Spariosu** that the letters would state that the counterfeit bonds belonged to **Spariosu's** wife (**Suyapa Elmady**). **Spariosu** and **Gamez** discussed doing a transaction with counterfeit bonds totalling approximately ninety three million dollars ($93,000,000.00). **Gamez** agreed to send additional counterfeit bonds to equal the ninety three

4

million dollars to **Spariosu** in Miami.

18.     On or about September 10, 1997, it was learned from the "wire" that **Spariosu**, **Jon Tamas** and **Pereira** were preparing additional counterfeit bonds to send to Colombia. It was further learned from the "wire" that **Spariosu** was transporting the counterfeit bonds himself.

19.     It was learned from the "wire" that on or about September 11, 1997, **Spariosu** traveled to Bogota, Colombia.

20.     On or about September 12, 1997, it was learned from the "wire" that **Spariosu** met with Guillermo LNU (**Trujillo's** brother) and turned over the counterfeit bonds.

21.     On or about September 16, 1997, it was learned from the "wire" that **Spariosu** had obtained approximately seventy-five million dollars ($75,000,000.00) in counterfeit bonds. **Spariosu** stated that he would deliver the bonds to Colombia once he was paid. In the meantime, the counterfeit bonds would remain in Miami.

22.     On or about this same date, it was learned from the "wire" that **Elmady**, **Spariosu** and **Arturo LNU** (herein referred to as **Arturo**) had a conversation in which **Arturo** asked **Elmady** what name should go on the letter that accompanied the counterfeit bonds. **Elmady** stated to **Arturo** to put the same name as last time.

23.     On or about September 23, 1997, it was learned from the "wire" that **Elmady** had spoken to **Sojo** in Colombia and that his (**Sojo's**) clients in Barranquilla were ready to purchase the counterfeit bonds. **Elmady** advised **Sojo**, that he (**Spariosu**) already had the counterfeit bonds. **Suyapa** advised **Sojo** that the counterfeit bonds were the same as the ones he (**Spariosu**) had transported to Colombia the last time.

24.     On this same date, it was learned from the "wire" that **Sojo's** people had offered to buy the counterfeit bonds for thirty-percent (30%).

25.     On this same date, it was learned from the "wire" that **Sojo** advised **Trujillo** that he (**Sojo**) was sending **Elmady** some documents related to the counterfeit bonds. **Sojo** stated that **Elmady** needed to sign the document and return it to him (**Sojo**) in Colombia. **Sojo** explained to **Elmady** that his people would provide her (**Elmady**) with thirty-percent (30%) of the value of the bonds.

26.     On or about this same date, according to information learned from the "wire", **Sojo** advised **Elmady** that she (**Elmady**) needed to provide him with a bank account, so that he (**Sojo**) could wire transfer the thirty-percent mentioned above. **Elmady** advised **Sojo** that two-million-five hundred thousand dollars ($2,500,000.00) were to be deposited in her bank account in Miami, and that the other five hundred thousand dollars should be deposited in **Trujillo's** account in Colombia.

27.     According to information learned from the "wire", on September 24, 1997, **Elmady** provided **Sojo** with account number "30035914906", at International Bank of Miami, located at 2121 S.W. 3rd Ave., Miami, FL to which **Sojo** was to send the wire transfer.

28.     According to information learned from the "wire" on September 25, 1997, **Elmady** called Gilda LNU at International Bank of Miami to find out whether the $2,500,000.00 had been wired to her account. Gilda LNU advised **Elmady** that it had not yet been received.

6

29.     Based on the foregoing, probable exists to believe **Suyapa Elmady**, **Marin Spariosu**, **Vilma Trujillo, Alvaro de Jesus Sojo, Jorge Hernandez, Tulio Hernandez, Raul Piombo, Anselmo Pereira, Jon Tamas** , **Arturo LNU**, and **Eduardo Gamez** have violated 18 U.S.C. §§ 2, 371, 478 and 479.

FURTHER AFFIANT SAYETH NAUGHT.

SPECIAL AGENT PABLO MARTINEZ
UNITED STATES SECRET SERVICE

Subscribed and sworn to
before me, on this 29th day
of September, 1997.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

7

9-29-97

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SUYAPA ELMADY, et. al.

     Defendant.

_____/

CASE NOS. 97-3624-JOHNSON
           97-3627-JOHNSON
           97-3628-JOHNSON

**ORDER GRANTING THE MOTION TO
SEAL SEARCH WARRANTS, THE
APPLICATIONS FOR SEARCH
WARRANTS, THE COMPLAINT AND
THE WARRANTS FOR ARREST**

     This Cause came before the Court on the United States' motion to seal.  Having considered this matter, and being otherwise duly advised on the premises, it is hereby,

     **ORDERED** that the two search warrants and the applications for these search warrants, as well as the complaint and the arrest warrants issued therefrom, shall be sealed until further notice from this Court.  In addition, the United States' Motion To Seal, as well as the instant order, shall also be sealed until further notice from this Court.

     **DONE** and **ORDERED** this 29th day of September, 1997, in chambers at Miami, Florida.

                       LINNEA R. JOHNSON
                       UNITED STATES MAGISTRATE JUDGE

cc: Robert K. Senior, AUSA



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SUYAPA ELMADY, et. al.

    Defendant.

_____/

CASE NOS.: 97-3624-JOHNSON
           97-3627-JOHNSON
           97-3628-JOHNSON

**MOTION TO SEAL SEARCH WARRANTS,
APPLICATIONS, COMPLAINT AND
ARREST WARRANTS**

    The United States of America, through the undersigned Assistant United States Attorney, respectfully requests that the two Applications for Search Warrants and the two Search Warrants, along with the Complaint and the Arrest Warrants issued therefrom and filed in this case(s) be sealed in order to protect an ongoing investigation. In addition, the United States would ask that the instant motion also be sealed. Were these items to not be sealed, the investigation would possibly suffer irreparable harm.

                    Respectfully submitted,

                    THOMAS E. SCOTT
                    UNITED STATES ATTORNEY

                    By:_____
                      ROBERT K. SENIOR
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar #779407
                    99 N.E. Fourth Street, 7th floor
                    Miami, Florida  33132
                    (305) 536-5005 (office)
                    (305) 536-7213 (facsimile)